## SIMON & PARTNERS LLP
THE FRENCH BUILDING
551 FIFTH AVENUE
NEW YORK, NEW YORK 10176
www.simonlawyers.com

TEL: (212) 332-8900

FAX: (212) 332-8909

BRADLEY D. SIMON
KENNETH C. MURPHY
MICHAEL J. LEVIN

NEW YORK
WASHINGTON D.C.

J. EVAN SHAPIRO
TERRENCE JOHNSON
ROBERT GENDELMAN

COUNSEL
PAMELA B. STUART
NEAL M. SHER
GENEVIEVE SROUSSI
STEPHENIE L. BROWN
HARRIET TAMEN

September 19, 2016

**Via ECF and Email**
The Honorable Stefan R. Underhill
United States District Judge
U.S. Courthouse
915 Lafayette Boulevard,
Bridgeport, Connecticut 06604

Re:  United States v. Danielle Faux
     Criminal No. 3:14CR28 (SRU)

Dear Judge Underhill:

I am writing to advise the Court that Ms. Faux is prepared to plead guilty pursuant to a plea agreement negotiated by the parties. I have been informed that Your Honor will not be available to accept the plea this week after tomorrow, September 20, 2016. Because of prior scheduling commitments in other matters, I am not available to appear before Your Honor until this Thursday, September 22, 2016. Accordingly, I respectfully request that Ms. Faux's plea be scheduled any time from September 22nd to a date agreeable to the Court.

Ms. Faux's plea will obviate the need for the parties to file motions which the Court had ordered be submitted by September 23, 2016.

I have conferred with AUSA's Sheldon and Schmeisser who have no objection to this scheduling request.

Respectfully submitted,

Bradley D. Simon (Ct 29461)
Attorney for Defendant Daniel Faux